UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARRY HERVEY,

       Plaintiff,

v.                                     CASE NO. 3:18-cv-996-J-JBT

SUDDATH VAN LINES, INC., a Florida
Profit Corporation, and SUDDATH
GLOBAL LOGISTICS, INC., a Florida
Profit Corporation,

       Defendants.

_____/

## ORDER[1]

    **THIS CAUSE** is before the Court on the parties' Joint Motion to Approve FLSA Settlement and to Dismiss Action with Prejudice ("Motion to Approve") (Doc. 47) and Plaintiff's Motion to Dismiss Counts III, IV and V with Prejudice ("Motion to Dismiss") (Doc. 50). For the reasons set forth herein, the Motions are due to be **GRANTED**, the FLSA Settlement Agreement ("Agreement") (Doc. 47-1) will be **APPROVED**, and this action will be **DISMISSED with prejudice**.[2]

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. (Docs. 51 & 52.)

[2] The Motion to Dismiss does not include a 3.01(g) certificate and does not indicate whether it is opposed. (*See* Doc. 50.) However, the Motion to Approve makes clear that the parties have resolved the entire case and seek dismissal of the entire case with prejudice. (*See* Doc. 47 at 2, 4.)

Courts have recognized that in FLSA cases, "[i]f the parties submit a stipulation stating that the plaintiff's claims will be paid in full, without compromise, there is no need for the Court to review the settlement." *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226 n.6 (M.D. Fla. 2009) (citation omitted); *see also King v. My Online Neighborhood, Inc.*, Case No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required.").

The Motion to Approve states that the parties "agree that the overtime worked at [Suddath Van Lines] amounted to $1,800, with an additional $1,800 as liquidated damages, for a full recovery for the FLSA claim of $3,600." (Doc. 47 at 2.) Upon review of the parties' filings and the remainder of the file, the Court accepts the parties' stipulation that Plaintiff is receiving full compensation for his FLSA claim, without compromise. Moreover, based on the parties' settlement of the other claims, the entire case is due to be dismissed with prejudice.

Accordingly, it is **ORDERED**:

1.    The Motions (**Docs. 47 & 50**) are **GRANTED**.

2.    The Agreement (**Doc. 47-1**) is **APPROVED**.

3.    This action is **DISMISSED with prejudice**.

4.    The Clerk of Court is directed to terminate any pending motions and close the file.

2

**DONE AND ORDERED** at Jacksonville, Florida, on May 29, 2019.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record